# Court of Appeals
# of the State of Georgia

ATLANTA,  March 13, 2024

*The Court of Appeals hereby passes the following order:*

## A23A1533.  JAN HALL v. MECCA LUKE.

On April 13, 2023, this Court granted Appellant's application for interlocutory appeal. Having reviewed the briefing and the record now before us, we DISMISS the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/13/2024

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*